IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY  
HEALTH FUND,

and

NATIONAL ELECTRICAL BENEFIT  
FUND,

Civil Action No. L 02-1474

and

LOCAL UNION NO. 24,  
INTERNATIONAL BROTHERHOOD OF  
ELECTRICAL WORKERS, AFL-CIO,

        Plaintiffs

v.

CLAUDE NEON SIGNS, INC.

        Defendant

### JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the record in the above-entitled action that an entry of default for want of answer or other defense was made on the 23rd day of July, 2002, as to Defendant Claude Neon Signs, Inc., for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on with the Summons and Complaint on May 2, 2002; therefore, it is this 24TH day of July, 2002, by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED that judgment by default be entered in favor of Plaintiff Maryland Electrical Industry Health Fund against Defendant Claude



Neon Signs, Inc. in the sum of $3,301.86, which total amount includes $2,244.00 in liquidated damages for late paid contributions for the months of February and March, 2002, $126.69 in interest on late paid contributions and $931.17 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

ORDERED AND ADJUDGED that judgment by default be entered in favor of Plaintiff National Electrical Benefit Fund against Defendant Claude Neon Signs, Inc. in the sum of $1,154.16, which total amount includes $215.51 in liquidated damages for late paid contributions for the month of March, 2002, $7.48 in interest on late paid contributions and $931.17 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

It is further ORDERED AND AJUDGED that judgment by default be entered in favor of Plaintiff Local Union No. 24, International Brotherhood of Electrical Workers, AFL-CIO against Defendant Claude Neon Signs, Inc. in the sum of $934.15, which total amount includes $2.99 in interest on late paid remittances for union dues for the month of March, 2002 and $931.16 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

*[signature]*
Benson Everett Legg
United States District Judge